**IT IS ORDERED as set forth below:**



**Date: October 20, 2016**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| VINOD LAXMIDAS PATEL | ) | CASE NO. 16-61168-MGD |
| | ) | |
| Debtor. | ) | |
| =============================== | )=============================== | |
| OTIS REALTY INC. | ) | |
| SOM SHARMA | ) | |
|     Movant, | ) | |
| vs. | ) | |
| | ) | |
| VINOD LAXMIDAS PATEL, | ) | |
| | ) | |
|     Respondent. | ) | |

**ORDER APPROVING
<u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>**

On September 8, 2016 Osta Realty Inc. and Som Sharma (individually and collectively referred to as "Lienholder") filed a Motion for Relief From the Automatic Stay (the "Motion") (Doc. No. 11) with respect to the property located 3508 Emperor Way, Tucker, GA 30084 (the "Property") which is subject to a judgment lien and writ of fieri fascias in favor of Lienholder

(the "Lien").  Lienholder is trying to foreclose on the Debtor's one-half interest in the Property in order to sell the interest to collect on their Judgment.  No opposition to the Motion was filed of record or presented and Debtor and Chapter 7 Trustee sign below to indicate their lack of opposition.  Accordingly it is hereby

**ORDERED** that Motion is *granted*.  It is further

**ORDERED** that the 11 U.S.C. 362(a) automatic stay is *modified* to allow Movant to proceed with the foreclosure and to assert its rights and remedies under state law, including without limitation, obtaining ownership of debtor's one-half interest in the Property, obtaining final judgment against Debtor.  It is further

**ORDERED** that the requirement of bankruptcy rule 4001 (a)(3) is *waived.*

[END OF DOCUMENT]

Respectfully Submitted,
THE SLOMKA LAW FIRM, PC

By: _____/s/_____
Howard P. Slomka, Esquire
Georgia Bar No. 652875

1069 Spring Street NW #200
Atlanta, Georgia 30309
(678) 732-0001 (telephone)
howie@slomkalawfirm.com (e-mail)


NO OPPOSITION:

_____/s_____
Charles Clapp, Esq.
Ga Bar No: 101089
Law Offices of Charles Clapp, LLC
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328
Charles@lawcmc.com

_____/s/_____
Trustee
**M. Denise Dotson, Esq.**
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869
dotsontrustee@me.com

Case 16-61168-mgd    Doc 17    Filed 10/20/16    Entered 10/20/16 16:09:55    Desc Main
Document      Page 3 of 4

Distribution List:

```
Label Matrix for local noticing          Office of the United States Trustee      AMERIFINANCIAL SOLUTIONS
113E-1                                    362 Richard Russell Building             PO BOX 65018
Case 16-61168-mgd                         75 Ted Turner Drive, SW                  BALTIMORE, MD 21264-5018
Northern District of Georgia              Atlanta, GA 30303-3315
Atlanta
Wed Oct 19 17:38:36 EDT 2016

(p)BANK OF AMERICA                        BAY AREA CREDIT SERVICE                  Care Medical - Atlanta
PO BOX 982238                             1000 ABERNATHY RD BUILDING 400 195       PO Box 650292
EL PASO TX 79998-2238                     ATLANTA, GA 30328-5606                   Dallas, TX 75265-0292


(p)DISCOVER FINANCIAL SERVICES LLC        DOCTORS BUSINESS BUREAU                  DeKalb County Tax Commissioner
PO BOX 3025                               202 N Federal Hwy                        4380 Memorial Dr
NEW ALBANY OH 43054-3025                  Lake Worth, FL 33460-3438                Decatur, GA 30032-1239


Equifax                                   Experian                                 G M Patel
PO Box 740241                             701 Experian Parkway                     595 So. Scout Trail
Atlanta, GA 30374-0241                    Allen, TX 75013-3715                     Anaheim, CA 92807-4754


(p)GEORGIA DEPARTMENT OF REVENUE          Georgian Inn Beach Club                  Internal Revenue Service
COMPLIANCE DIVISION                       759 S Atlantic Ave                       Centralized Insolvency Opera
ARCS BANKRUPTCY                           Ormond Beach, FL 32176-7894              PO Box 7346
1800 CENTURY BLVD NE SUITE 9100                                                    Philadelphia, PA 19101-7346
ATLANTA GA 30345-3202

Presidential Realty, Inc                  Professional Adjustment Corp             SUNTRUST BK
Attn: Habib Osta, Reg Agent               14410 Metropolis Ave                     PO BOX 85526
725 Upper Hembree Rd                      Fort Myers, FL 33912-4341                RICHMOND, VA 23285-5526
Roswell, GA 30076-1133


Slomka Law Firm, PC                       Som R Sharma                             Transunion
1069 Spring St NW, 2nd Floor              1960 Sugar Lake Court                    2 Baldwin Place
Atlanta, GA 30309-3817                    Lawrenceville, GA 30043-5050             PO Box 1000
                                                                                   Crum Lynne, PA 19022-1023


U. S. Attorney                            (p)UNITED COLLECTION SERVICE INC         Charles M. Clapp
600 Richard B. Russell Bldg.              PO BOX 3646                              Law Offices of Charles Clapp, LLC
75 Ted Turner Drive, SW                   BELLEVUE WA 98009-3646                   5 Concourse Parkway NE
Atlanta GA 30303-3315                                                              Suite 3000
                                                                                   Atlanta, GA 30328-7106

M. Denise Dotson                          Vinod Laxmidas Patel
M. Denise Dotson, LLC                     3508 Emperor Way
170 Mitchell Street                       Tucker, GA 30084-2303
Atlanta, GA 30303-3441
```